**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 17, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00733-CV

---

## IN RE RIO NORTHWEST ENTERTAINMENT, LTD., A TEXAS LIMITED PARTNERSHIP D/B/A EL CHAPARRAL, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1005461**

---

## MEMORANDUM OPINION

On August 10, 2012, relator Rio Northwest Entertainment, Ltd., a Texas Limited Partnership d/b/a El Chaparral filed a petition for writ of mandamus in this court. *See*

Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Theresa Chang, presiding judge of the County Civil Court at Law No. 2 of Harris County to vacate the writ of possession entered July 18, 2012. We have considered the petition, the response, reply, and all attachments thereto.

Relator has not established entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus and also deny relator's related emergency motion to stay the writ of possession.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and McCally.